FILED

Case No: 6:17-cv-1248-ORL-37
                                          KRS

2017 JUL -3 PM 3:40

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

United States District Court
George C. Young
Clerk of Court
401 W Central Blvd Ste 1200
Orlando, Florida 32801-0120

                                   6-29-2017

Last time placed
anything on this case
was March 2013 or          Re: Intracorporated Conspiracy
2014 2 other               on Sheriff Wayne Ivory, Law
people Quin Holmes         Librarian, Corporal's in
Macheal Slade              Brevard County, L.T.'s, OIC,
Cocoa Fla                  Captain's, every deputy that
 people help               fits the quiretearu of a
 me out                    Van jumper §1985 interfere
need accommondation        with civil Rights of disable
clerk discrimination       people and Handicapps.
and Robbery in
mist on Pratt
    Kiesha family and friend

Petitioner /Complaint


     Now come the petitioner in releif of my
Right basis of disability Right occoring to what
Physical injuries or impairments constitute..., 4 A.L.R.
Fed. 2d 569... Sec. 3. Definition of Disability
"As used in this Act;"(1) Disability - The term "disability"
means with respect to an individual "A" a physical
or mental impairment that substantially limits

                                                    1

one or more major live activity of such individual.
I'm disable an I have been discriminated against
under the means of disability by (1) ~~Artile~~ Article
1 Section 9 Due process by I had people to
aburse me by placing an evil demonic spirit on
me an in the process they took my son life
" Richard Jeromain Smith 10-49-1981, I'm Richard
Jerome Smith 10-08-1957 I'm the daddy of
Jermaine Smith I got out of prison in 2011
October 22, I went to Martain Luther King
Library and ~~sa~~ pull up my name an my son
I learn Kiesha Pratt them used my son to
Robbed me of my Social Security benefit by
making him use my name Richard J. Smith
So one of the sister while I was in Orland they
used an demonic ste spirit upon boy having a
Sayounce over my body, I was at 816 E Camphe
Way in melbourne-e I witness things I never
witness before in my life. I Watch trees claim
afense and I ask myself what the hell is I'm
going through, later I felt and vision ized
2 finger all over my body it took over
my body by Kidnappingme it made me laugh
when I don't want to, it made me cry
when I didn't to So one of the Kiesha Pratt
sister daired me to file chargest little thatshe
knows I'm pronse Litigant by Jacksonville
Magistrative Judgest since 2000 this after
incident took place in Sept 18, 1999 at Lake
Butler Fla 32054 at an Medical Center
RMC, the last time I tired to file from
2

was here at 860 Camp Road, Brevard County
Jail Complex Cocoa Fla 32927, I ask the
Law Librarian to send me an pro-se package
off the Kiosk, they use to have inmate Law Library
request but change it over to an Mechine, so
by Sheriff Wayne Ivory telling Sgt Davis not to
Notarize no more Law Library suits for
inmates Smith. Now I have to try to see
what was the Last document file on
this case, it supose to be 010-0062
but I was told that aren't not mine
on the Civil Complaint are me Richard
Jerome Smith E-845777 10-08-1957
pro-se prison I used to be at when
I last file was at Big Joe Road Monticello
Fla 1050, I need to obtain an pro-se
package § 42 USC 1997 e (a) Civil Right
Complaint form because the Law Librarian
here at Brevard County Jail Complex, plus
Clerk I've get a check SSI I'm doing time
I have no help I was tring to get a Coordinator
to help me I'm been abursed by this
facility and at 2421 Stone Street St Anne
Apt I stay in apt "C" I've been Robbered
4 time I'm disable handicapp the agency
I choosed are ADA American with Disability Act
1990 e 1998 because they have a lot to offer every
body that are retarded, mentful ill, an with an
Chronic illness see §1997. Defin.tions, 42 USCA§
1997 I - A.

Notice of Inauriey of CASE

3

look on the Kiosk and get the Code number
the request no:

"Stand Your Ground"
Clause

An Mimia Florida Case
Burkhead v State

Mcmillion v State
Collins v State
Smith v Olohan P. Sean
   E-845777   Lake Butler Fla
Union County Florida
        Sept 18, 1999

      filed in open Court

          2000
          Jacksonville

check this case on the
last thing file please

Case no. 63-2000-CF-0062

civil Court Jacksonville Fla
010-0062

Sept 18, 1999 Jacksonville Court
District Court
Index please            Federal Court

300 N Hagan St
Jacksonville Fla

dismiss charge battery on Leo
dispose of all evidence
why to cover-up
officer Attempt to murder
on me I'm new discovered
evidence

on case: 010-0062 if not right
they tampered with my case this is
tampering with Federal civil Right cases
that belongs to X-con Richard J. Smith
E-845777 me and my Son has the almost
same name please pull up on internet
Jail data ~~bese~~ base

Richard J. Smith E-845777 me
                              10-08-1957
Richard Jerome Smith
   pro-se Litigant on suit me and
my dead half brother
   George Lemon #017548 pro-se
       incident happen Lake Butler Fla
bad weather RMC "E and F"
                          dormitory

New person

Richard J. Smith "Hammer Knocker" 10-19-1981
he was an "Clown" an gang member it ~~hust~~ hurt me
now they killed my son he are the only son
I had        Richard Jermain Smith
Shorty10857@Yahoo.com   Richard Jermain Nelson
RichardJ.Nelson@gmail.com  Richard Nelson
RichardJ.Smith@Yahoo.com         Kieshafirstladypratt
he used my names because of Larry Simpson Jr
"Simp"  Larry Simpson Sr, Fox Lumb 1 & 2, X Police
officer Mike Wilford, Mike Wilford Jr, Kiesha Pratt
I call "Boss Lady" Larry Simpson Jr deleted my
mother Web-site on face-book of mine
        RichardJ.Smith@gmail.com

United States Code Annotated
Title 42. The Public Health and Welfare
Chapter 21. Civil Rights (Refs & Annos)
Subchapter I-A. Institutionalized Persons

42 U.S.C.A. § 1997

§ 1997. Definitions

Currentness

As used in this subchapter--

(1) The term "institution" means any facility or institution--

(A) which is owned, operated, or managed by, or provides services on behalf of any State or political subdivision of a State; and

(B) which is--

*file on this on these deputies violationism of rights of ADA*

(i) for persons who are mentally ill, disabled, or retarded, or chronically ill or handicapped;

(ii) a jail, prison, or other correctional facility;

(iii) a pretrial detention facility;

(iv) for juveniles--

(I) held awaiting trial;

(II) residing in such facility or institution for purposes of receiving care or treatment; or

(III) residing for any State purpose in such facility or institution (other than a residential facility providing only elementary or secondary education that is not an institution in which reside juveniles who are adjudicated delinquent, in need of supervision, neglected, placed in State custody, mentally ill or disabled, mentally retarded, or chronically ill or handicapped); or

(v) providing skilled nursing, intermediate or long-term care, or custodial or residential care.

Electronic Case Filing | U.S. District Court - Middle District of Florida-Display Receipt

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/16/2017 at 2:10 PM EDT and filed on 5/16/2017
**Case Name:**       Smith v. Pratt et al
**Case Number:**     6:17-cv-00827-GKS-TBS
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER dismissing case without prejudice. The Clerk of the Court is directed to enter judgment and close the case. Signed by Senior Judge G. Kendall Sharp on 5/16/2017. (SC)**

**6:17-cv-00827-GKS-TBS Notice has been electronically mailed to:**

**6:17-cv-00827-GKS-TBS Notice has been delivered by other means to:**

Richard Jerome Smith
504-D-33
Brevard County Jail Complex
860 Camp Road
Cocoa, FL 32927

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=5/16/2017] [FileNumber=16016127-0] [70196be19c39e093e36ed964fa033a26b438ea6401a3864f1b353d985bd5ae8e5e ffb0187fe0e6eed97d992f0cd03e49a0f85312279f7dfdf0a79825f71e50a4]]

2 of 2

continuing from page 1

42 USCA § 1997

As used in this subchapter. -

(1) (A) (B) (i) (ii) (iii) (iv)

(I) (II) (III) (v) (2) (A) (B)

(c) (3) (4) (5)

credits (Pub. L. 96-247, § 2, May 23,
1980, 94 Stat. 349

an on the ~~offic~~ Deputies Side I see in the body
of my God Jesus Christ, Intracorporate premeditate
I conspiracy on an Disability ~~tara~~ person who are
mentally ill "Such as my self I'm an mental ill person I
'm Congestive Heart failure, Tinnitis sysdrom, move Swing,
chronically ill with different types of Mental problem
that are managable through God gracies and his love that he
gives to us all." disabled, or retarded, or chronically ill or
handicapped; The term "institution" means any facility or
institution -- (A) which is owned, operated, or managed by,
or provides services on behalf of any State or political subdivision
of a State; and (ii) a jail, prison, or other correctional
facility, (iii) a pretrial detention facility; (II) residing in
Such facility or institution for purposes of receiving care
or treatment: or (III) residing for any state purpose
in Such facility or institution (other than a residential
facility providing only elementary or secondary education that is
not an institution in which reside Juveniles who are adjudic-
ated delinquent, in need of supervision, neglected, placed in
State custody, mentally ill or disable, mentally retarded, or
Chronically ill or handicapped); or (V) providing Skilled nursing,
intermadiate or long-term care, or custodial or residential
care. (C) the licensing of such facility by the State,
and the receipt by such facility, on behalf of persons
residing in such facility, of payments under title XVI,
XVIII [42 USCA. §§ 1381 et seq., 1395 et seq.], or under a
State plan approved under title XIX [42 USCA. §1396 et
seq.], of the Social Security Act, Constitutes the sole nexus
between such facility and such state; (4) The term "State" means
any of the several States, the District of Columbia, the Commonwealth
of Puerto Rico, or any of the territories and possessions of the
United States:

Con't from page 1

Defendant (S)

Mental Health Administration

Armor Administration

Brevard County Jail Complex
Inmates Law Librarian "premeditate Conspiracy,
initimidution toward disable handicapp, due process,
toward pro-se Litigant been pro-se since 2000
from DOC Lake Butler Fla 32054 = I'm E-845777
Richard J. Smith certified pro-se Litigant by United
States District Court of Jacksonville Fla on case of
Olohan v Smith = 010-0062 case is messing some
kind of way Compell this case upon demand to
inspect records due to someone tapp tamppering on
United States District cases plus this County Jail I
Cought them withholding my Federal Court that I
had an dead line on plus it wasn't sent in to be
copied like I request it to be Copied they have an new
system here at Brevard County Jail Complex, they don't
have the Law Library request no more for inmates
they have mechine that are call Kisok mechine I
left an paper trail, I known for this since yo'll
renige on me the FBI Olohan tired to Kill their
was depo taken by Public Defender officer in
Union County incident happen Lake Butler Fla
Sept 18,1999 I was all most Kill infront of "E and
F" dormitory on the Pod of Lake Butler Reception
Medical Center this written doesn't go with this
Brevard County Civil Right Suit, I filing on
Retatail Retaliation toward an handicapp Disable I'm
100% disable under the American with disability Act of 1990 of 504
Rehabilatation on basic of Discriminatian prohibit I can't Tell.

Case 6:17-cv-01248-RBD-KRS    Document 1    Filed 07/03/17    Page 12 of 34 PageID 12

What Physical Injuries or Impairments Constitute..., 4 A.L.R. Fed. 2d 569...

"Sec. 3. Definition of disability.

"Sec. 4. Additional definitions.".

## SEC. 5. DISCRIMINATION ON THE BASIS OF DISABILITY.

(a) On the Basis of Disability— Section 102 of the Americans with Disabilities Act of 1990 (42 U.S.C. 12112) is amended —

(1) in subsection (a), by striking "with a disability because of the disability of such individual" and inserting "on the basis of disability"; and

(2) in subsection (b) in the matter preceding paragraph (1), by striking "discriminate" and inserting "discriminate against a qualified individual on the basis of disability".

(b) Qualification Standards and Tests Related to Uncorrected Vision— Section 103 of the Americans with Disabilities Act of 1990 (42 U.S.C. 12113) is amended by redesignating subsections (c) and (d) as subsections (d) and (e), respectively, and inserting after subsection (b) the following new subsection:

"(c) Qualification Standards and Tests Related to Uncorrected Vision— Notwithstanding section 3(4)(E)(ii), a covered entity shall not use qualification standards, employment tests, or other selection criteria based on an individual's uncorrected vision unless the standard, test, or other selection criteria, as used by the covered entity, is shown to be job-related for the position in question and consistent with business necessity.".

(c) Conforming Amendments—

(1) Section 101(8) of the Americans with Disabilities Act of 1990 (42 U.S.C. 12111(8)) is amended—

(A) in the paragraph heading, by striking "WITH A DISABILITY"; and

(B) by striking "with a disability" after "individual" both places it appears.

(2) Section 104(a) of the Americans with Disabilities Act of 1990 (42 U.S.C. 12114(a)) is amended by striking 'the term "qualified individual with a disability" shall' and inserting "a qualified individual with a disability shall".

## SEC. 6. RULES OF CONSTRUCTION.

(a) Title V of the Americans with Disabilities Act of 1990 (42 U.S.C. 12201 et seq.) is amended—

(1) by adding at the end of section 501 the following:

"(e) Benefits Under State Worker's Compensation Laws— Nothing in this Act alters the standards for determining eligibility for benefits under State worker's compensation laws or under State and Federal disability benefit programs.

"(f) Fundamental Alteration— Nothing in this Act alters the provision of section 302(b)(2)(A)(ii), specifying that reasonable modifications in policies, practices, or procedures shall be required, unless an entity can demonstrate that making such modifications in policies, practices, or procedures, including academic requirements in postsecondary education, would fundamentally alter the nature of the goods, services, facilities, privileges, advantages, or accommodations involved.

Case 6:17-cv-01248-RBD-KRS    Document 1    Filed 07/03/17    Page 13 of 34 PageID 13

What Physical Injuries or Impairments Constitute..., 4 A.L.R. Fed. 2d 569...

"(E)(i) The determination of whether an impairment substantially limits a major life activity shall be made without regard to the ameliorative effects of mitigating measures such as—

"(I) medication, medical supplies, equipment, or appliances, low-vision devices (which do not include ordinary eyeglasses or contact lenses), prosthetics including limbs and devices, hearing aids and cochlear implants or other implantable hearing devices, mobility devices, or oxygen therapy equipment and supplies;

"(II) use of assistive technology;

"(III) reasonable accommodations or auxiliary aids or services; or

"(IV) learned behavioral or adaptive neurological modifications.

"(ii) The ameliorative effects of the mitigating measures of ordinary eyeglasses or contact lenses shall be considered in determining whether an impairment substantially limits a major life activity.

"(iii) As used in this subparagraph—

"(I) the term "ordinary eyeglasses or contact lenses" means lenses that are intended to fully correct visual acuity or eliminate refractive error; and

"(II) the term "low-vision devices" means devices that magnify, enhance, or otherwise augment a visual image.".

(b) Conforming Amendment— The Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq.) is further amended by adding after section 3 the following:

## "SEC. 4. ADDITIONAL DEFINITIONS.

"As used in this Act:

"(1) AUXILIARY AIDS AND SERVICES— The term "auxiliary aids and services" includes—

"(A) qualified interpreters or other effective methods of making aurally delivered materials available to individuals with hearing impairments;

"(B) qualified readers, taped texts, or other effective methods of making visually delivered materials available to individuals with visual impairments;

"(C) acquisition or modification of equipment or devices; and

"(D) other similar services and actions.

"(2) STATE— The term "State" means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the Virgin Islands of the United States, the Trust Territory of the Pacific Islands, and the Commonwealth of the Northern Mariana Islands.".

(c) Amendment to the Table of Contents— The table of contents contained in section 1(b) of the Americans with Disabilities Act of 1990 is amended by striking the item relating to section 3 and inserting the following items:

Case 6:17-cv-01248-RBD-KRS    Document 1    Filed 07/03/17    Page 14 of 34 PageID 14

What Constitutes Substantial Limitation on Major Life..., 192 A.L.R. Fed. 483...

## STATUTORY TEXT

The relevant portions of 42 USCA § 12102 provide as follows:

### § 12102. Definitions

As used in this chapter:

(1) [Omitted]

(2) Disability

The term "disability" means, with respect to an individual—

(A) a physical or mental impairment that substantially limits one or more of the major life activities of such individual;

(B) a record of such an impairment; or

(C) being regarded as having such an impairment.

(3) [Omitted]

The relevant portions of 29 C.F.R. § 1630.2 provide as follows:

### § 1630.2. Definitions.

(a)–(f) [Omitted] 

(g) Disability means, with respect to an individual—

(1) physical or mental impairment that substantially limits one or more of the major life activities of such individual;

(2) A record of such an impairment; or

(3) being regarded as having such an impairment.

(See § 1630.3 for exceptions to this definition).

(h) Physical or mental impairment means:

(1) Any physiological disorder, or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological, musculoskeletal, special sense organs, respiratory (including speech organs), cardiovascular, reproductive, digestive, genito-urinary, hemic and lymphatic, skin, and endocrine; or

(2) Any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities.

(i) Major Life Activities means functions such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, and working.

(j) Substantially limits—

(1) The term substantially limits means:

(i) Unable to perform a major life activity that the average person in the general population can perform; or

(ii) Significantly restricted as to the condition, manner or duration under which an individual can perform a particular major life activity as compared to the condition, manner, or duration under which the average person in the general population can perform that same major life activity.

(2) The following factors should be considered in determining whether an individual is substantially limited in a major life activity:

(i) The nature and severity of the impairment;

(ii) The duration or expected duration of the impairment; and

(iii) The permanent or long term impact, or the expected permanent or long term impact of or resulting from the impairment.

(3) [Omitted]

(k)–(r) [Omitted]

—

**Table of Cases, Laws, and Rules**

Case 6:17-cv-01248-RBD-KRS    Document 1    Filed 07/03/17    Page 15 of 34 PageID 15

What Constitutes Substantial Limitation on Major Life..., 192 A.L.R. Fed. 483...

**United States**

29 U.S.C.A. §§ 701 et seq.. See 1[a], 27[a], 29[b]

29 U.S.C.A. § 794. See 2[b]

29 U.S.C.A. §§ 2601 to 2654. See 5, 30[b]

42 U.S.C.A. §§ 12101 et seq.. See 2[a], 3

42 U.S.C.A. §§ 12101 to 12213. See 1[a], 2[a]

42 U.S.C.A. § 12102(2). See 1[a], 2[a], 2[b], 3, 5, 10, 11, 12, 19[b], 21[b]

42 U.S.C.A. § 12102(2)(A). See 2[b], 4, 6[a], 12, 15[a], 19[b], 21[b], 24[a], 24[b], 25[b], 26[b], 29[b], 30[b]

42 U.S.C.A. § 12102(2)(B). See 2[b], 8, 21[a], 21[b], 25[a], 25[b], 26[b], 29[b]

42 U.S.C.A. § 12102(2)(C). See 2[b], 8, 14[b], 18[a], 21[b], 24[b], 25[a], 25[b], 26[b], 29[b]

**Supreme Court**

Sutton v. United Air Lines, Inc., 527 U.S. 471, 119 S. Ct. 2139, 144 L. Ed. 2d 450 (1999) — 2.5, 8, 10, 12, 30[a]

Toyota Motor Mfg., Kentucky, Inc. v. Williams. 534 U.S. 184, 122 S. Ct. 681, 151 L. Ed. 2d 615, 200 A.L.R. Fed. 667 (2002) — 2[a], 2.5, 3, 4, 9, 10, 19[b], 30[b]

**First Circuit**

Bilodeau v. Mega Industries. 50 F. Supp. 2d 27 (D. Me. 1999) — 2[b], 3, 7, 10, 27[a]

Guzman-Rosario v. United Parcel Service, Inc., 397 F.3d 6 (1st Cir. 2005) — 3, 30[b]

Lamboy-La Salle v. Puerto Rico Telephone Co., 8 F. Supp. 2d 122 (D.P.R. 1998) — 5, 14[b]

Lane v. Harborside Healthcare-Westwood Rehab. and Nursing Center, 2002 DNH 132, 2002 WL 1674184 (D.N.H. 2002) — 3, 6[a], 10, 11, 24[a]

McCusker v. Lakeview Rehabilitation Center, Inc., 2003 DNH 158, 2003 WL 22143245 (D.N.H. 2003) — 10, 12, 19[a]

Navarro-Pomares v. Pfizer Corp., 97 F. Supp. 2d 208 (D.P.R. 2000) — 5, 30[b]

Navarro v. Pfizer Corp., 261 F.3d 90 (1st Cir. 2001) — 30[b]

Pimental v. Dartmouth-Hitchcock Clinic, 236 F. Supp. 2d 177, 2002 DNH 221 (D.N.H. 2002) — 2[a], 2[b], 3, 4, 5, 10, 11, 21[b]

Soileau v. Guilford of Maine, Inc., 928 F. Supp. 37, 16 A.D.D. 466 (D. Me. 1996) — 2[b], 25[b]

**Second Circuit**

Cousins v. Howell Corp., 52 F. Supp. 2d 362 (D. Conn. 1999) — 5, 20

Herschaft v. NY Bd. of Elections, 37 Fed. Appx. 17 (2d Cir. 2002) — 2[b], 6[b], 8, 10, 12, 29[b]

Horwitz v. L & J.G. Stickley, Inc., 122 F. Supp. 2d 350 (N.D. N.Y. 2000) — 6[b], 8, 26[b]

Jacques v. DiMarzio, Inc., 386 F.3d 192 (2d Cir. 2004) — 26[b]

Jacques v. DiMarzio, Inc., 200 F. Supp. 2d 151 (E.D. N.Y. 2002) — 2[b], 4, 7, 8, 10, 26[b]

Levine v. Smithtown Cent. School Dist., 565 F. Supp. 2d 407, 236 Ed. Law Rep. 366 (E.D. N.Y. 2008) — 26[b]

London v. Kateri Residence. 1998 WL 644745 (S.D. N.Y. 1998) — 2[b], 16[a]

Mazza v. Bratton, 9 Fed. Appx. 36 (2d Cir. 2001) — 20

Mazzocchi v. Windsor Owners Corp., 204 F. Supp. 3d 583 (S.D. N.Y. 2016) — 3

McKeever v. New York Medical College, 15 Nat'l Disability Law Rep. ¶ 52, 1999 WL 179376 (S.D. N.Y. 1999) — 3, 25[b]

Mikell v. Waldbaum, Inc., 26 Nat'l Disability Law Rep. ¶ 10, 2003 WL 21018844 (S.D. N.Y. 2003) — 4, 5, 6[b], 11, 14[b], 15[b]

Rector v. Sylvania, 285 F. Supp. 2d 349 (S.D. N.Y. 2003) — 3, 5, 13[b]

Reeves v. Johnson Controls World Services, Inc., 140 F.3d 144 (2d Cir. 1998) — 10

Ryan v. Grae & Rybicki, P.C., 135 F.3d 867 (2d Cir. 1998) — 2[b], 5, 6[b], 10, 20

Timbol v. Commercial Bank of Kuwait, 17 Nat'l Disability Law Rep. ¶ 259, 2000 WL 282886 (S.D. N.Y. 2000) — 25[a]

Umansky v. Masterpiece Intern. Ltd., 1998 WL 433779 (S.D. N.Y. 1998) — 14[b]

**Third Circuit**

Centennial School Dist. v. Phil L. ex rel. Matthew L., 799 F. Supp. 2d 473, 274 Ed. Law Rep. 150 (E.D. Pa. 2011) — 12

Case 6:17-cv-01248-RBD-KRS    Document 1    Filed 07/03/17    Page 16 of 34 PageID 16

What Physical Injuries or Impairments Constitute..., 4 A.L.R. Fed. 2d 569...

Walking stick, use of § 18
Wheelchairs, use of § 18, 28
Withdrawal of offer of employment § 27
Workers compensation § 15, 21, 25, 28, 35, 37
Work schedule, modification of § 10, 26, 29

## STATUTORY TEXT

The relevant provisions of 42 U.S.C.A. § 12102 read as follows:

### § 12102. Definitions

As used in this chapter:

(1) [Omitted]

(2) Disability

The term "disability" means, with respect to an individual—

(A) a physical or mental impairment that substantially limits one or more of the major life activities of such individual;

(B) a record of such an impairment; or

(C) being regarded as having such an impairment.

(3) [Omitted]

The relevant provisions of 29 C.F.R. § 1630.2 read as follows:

### § 1630.2. Definitions

(a)–(g) [Omitted]

(h) Physical or mental impairment means:

(1) Any physiological disorder, or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological, musculoskeletal, special sense organs, respiratory (including speech organs), cardiovascular, reproductive, digestive, genito-urinary, hemic and lymphatic, skin, and endocrine; or

(2) Any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities.

(i) Major Life Activities means functions such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, and working.

(j) Substantially limits—

(1) The term substantially limits means:

(i) Unable to perform a major life activity that the average person in the general population can perform; or

(ii) Significantly restricted as to the condition, manner or duration under which an individual can perform a particular major life activity as compared to the condition, manner, or duration under which the average person in the general population can perform that same major life activity.

(2) The following factors should be considered in determining whether an individual is substantially limited in a major life activity:

(i) The nature and severity of the impairment;

(ii) The duration or expected duration of the impairment; and

(iii) The permanent or long term impact, or the expected permanent or long term impact of or resulting from the impairment.

(3) [Omitted]

(k)–(r) [Omitted]

—

## Table of Cases

Case 6:17-cv-01248-RBD-KRS    Document 1    Filed 07/03/17    Page 17 of 34 PageID 17

What Physical Injuries or Impairments Constitute..., 4 A.L.R. Fed. 2d 569...

Prostheses § 18, 30, 36
Radio disc jockey § 37
Record or perception of disability, generally § 10, 11
Relocate following consolidation of corporate offices, denial of opportunity to § 11, 32
Relocation of office to first floor as evidence that employer viewed employee as disabled § 10, 26
Return to work, refusal of permission to § 11, 27
Rheumatoid arthritis § 12
Run or jog, ability to § 16, 20, 26, 28, 33, 36
Ruptured disc § 19
Sacroiliac joint dysfunction § 24
Safety shoes, inability to wear § 35
Scooter or cart, motorized, use of § 18, 21, 26, 29, 35
Scope of annotation § 1
Sheriff's deputy § 19
Shortened leg § 5, 13, 16, 23
Shoulder, pain in § 19
Side effects of medication § 17
Significantly, considerably, or to a large degree limited, generally § 4
Skin condition § 7, 35
Social Security disability benefits § 24, 30
Social Security records § 14, 15
Spinal, back, or neck injuries or conditions § 19- 21
Spondylolisthesis § 20
Sprained knee § 28
Stairs or steps, climbing or descending § 4, 10, 20, 23- 26, 28, 30, 31, 33, 38
Stairway lift chair, installation of as evidence that employer viewed employee as disabled § 10, 26
Statistical evidence as to abilities of average person in general population § 5
Status post Chopart injury to foot with progressive deformity and pain § 35
Steel-toe safety shoes, inability to wear § 35
Stool, use of § 23, 25
Stroke § 5
Substantial limitation, generally § 4
Summary, background, and comment § 2
Supervisor § 37
Teachers § 35, 37
Telephone lineman § 24
Temperature, impairment induced by § 8, 20, 23
Temporary impairments § 7, 11
Time of alleged discrimination, existence of limitation at § 9
To a large degree, considerably, or significantly limited, generally § 4
Toe injuries or conditions § 19, 34- 36
Transfer § 20, 33
Transitory environmental factors, impairments induced by § 8, 20
Travel, inability to § 37
Unspecified physical injuries or conditions § 37, 38
Upper leg or hip injury or condition § 6, 14, 24, 25
Vision § 17, 18, 38
Volunteer fireman § 38
Walker, use of § 25

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD JEROME SMITH,

Plaintiff,

v.                                              CASE NO. 6:17-cv-1003-Orl-18TBS

WAYNE IVORY, et al.,

Defendants.

_____/

**ORDER**

This case is before the Court on Plaintiff's civil rights complaint (Doc. 1). Plaintiff's

allegations are somewhat unintelligible; however, Plaintiff states that Defendants have

violated his rights under the Americans with Disabilities Act and his First and Fifth

Amendment rights. *Id.* at 9.

Section 1915(g) of Title 28 limits a prisoner's ability to bring a civil action in forma

pauperis under certain circumstances:

> (g)    In no event shall a prisoner bring a civil action or appeal a
> judgment in a civil action or proceeding under this section if the prisoner
> has, on 3 or more prior occasions, while incarcerated or detained in any
> facility, brought an action or appeal in a court of the United States that was
> dismissed on the grounds that it is frivolous, malicious, or fails to state a
> claim upon which relief may be granted, unless the prisoner is under
> imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Thus, if a prisoner has had three or more cases dismissed for one of

the recited reasons, he cannot proceed in forma pauperis and must pay the filing fee in

full at the time the lawsuit is initiated. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir.

Continuing from page 1

Brevard County Jail Complex, When I was
talking to the intake Armor Nurse Loura
I told her I still had Roots on me she called
Deputy B. Nights he was working inside booking
Room so they premeditated an scheme upon
an disable handicapp with the intention to
cause me great bodily injuries which are
Mental Anguish, Which now I'm County
Sentenced to 364 days in Brevard County
Jail Complex 860 Camp Road Cocoa Fla 32927
they gave me an Yellow uniform which represent
Mental Health now I've been threaten about
me doing pro-se Litigant work as an pro-se
Litigant by telling me they are going to place
me in the bubble so I can't do my civil
Right Suits, this is Embarassment & Hulmilatet-
ion on an disable person and discrimination
on basic of disability and denial me to be an
trust-tee because I've have Heart Conjestive
failure that's nothing I've had it from every
time I've came here why I'm being discrimin-
ated against because of diss case no. 6:17-CV-1003-
Orl-18TBS this is the Sheriff of Brevard County
and these deputies are his desiplians which are
his worker under him he pays them so why
should they do misconduct toward an handicapp
plus threat me about going to the bubble for
me standing up for my cause I'm here for myself
so I only have 25 Constitutional rights and I'm
ADA I read "Stand your Ground Clause" you're
not doing nothing wrong I'm almost 60 years old,
it's about respect to this code 42 USE §1997. Definitions,

§ 1985. Conspiracy to interfere with civil rights, 42 USCA § 1985

KeyCite Yellow Flag - Negative Treatment
Unconstitutional or PreemptedLimitation Recognized by Vega Marrero v. Consorcio Dorado-Manati, D.Puerto Rico, Feb. 02, 2007

United States Code Annotated
  Title 42. The Public Health and Welfare
    Chapter 21. Civil Rights (Refs & Annos)
      Subchapter I. Generally

42 U.S.C.A. § 1985

§ 1985. Conspiracy to interfere with civil rights

Currentness

**(1) Preventing officer from performing duties**

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

**(2) Obstructing justice; intimidating party, witness, or juror**

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

**(3) Depriving persons of rights or privileges**

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any

§ 1985. Conspiracy to interfere with civil rights, 42 USCA § 1985

right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**CREDIT(S)**
(R.S. § 1980.)

Notes of Decisions (1839)

42 U.S.C.A. § 1985, 42 USCA § 1985
Current through P.L. 115-30. Also includes P.L. 115-32 and 115-34. Title 26 current through 115-34.

End of Document © 2017 Thomson Reuters. No claim to original U.S. Government Works.

# Inmate Balance History Report - Simple

Created: 6/20/2017 2:03:23PM

| Number: | 40911 | Secondary: | | Location: 502 B Cell B 502-19 |
|---|---|---|---|---|
| Name: | Smith, Richard Jerome | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 04/28/2017 05:00:29AM | ($1.99) | $0.00 | ($58.76) | $0.00 |
| DAILY MEAL | 04/29/2017 05:00:02AM | ($1.99) | $0.00 | ($60.75) | $0.00 |
| DAILY MEAL | 04/30/2017 05:00:01AM | ($1.99) | $0.00 | ($62.74) | $0.00 |
| DAILY MEAL | 05/01/2017 05:00:01AM | ($1.99) | $0.00 | ($64.73) | $0.00 |
| DAILY MEAL | 05/02/2017 05:00:01AM | ($1.99) | $0.00 | ($66.72) | $0.00 |
| DAILY MEAL | 05/03/2017 05:00:01AM | ($1.99) | $0.00 | ($68.71) | $0.00 |
| DAILY MEAL | 05/04/2017 05:00:01AM | ($1.99) | $0.00 | ($70.70) | $0.00 |
| RELEASE INMATE - NO BALANCE | 05/04/2017 09:34:12AM | $0.00 | $0.00 | ($70.70) | $0.00 |
| WRITE-OFF DEBT | 05/04/2017 10:47:29AM | $39.80 | $0.00 | ($30.90) | $0.00 |
| WRITE-OFF DEBT | 05/04/2017 10:47:29AM | $10.00 | $0.00 | ($20.90) | $0.00 |
| WRITE-OFF DEBT | 05/04/2017 10:47:29AM | $18.91 | $0.00 | ($1.99) | $0.00 |
| WRITE-OFF DEBT | 05/05/2017 09:01:50AM | $1.99 | $0.00 | $0.00 | $0.00 |
| PER DIEM | 05/15/2017 06:57:26AM | ($20.00) | $0.00 | ($20.00) | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 05/15/2017 07:13:30AM | $20.00 | $0.00 | $0.00 | $0.00 |
| DAILY MEAL | 05/20/2017 05:00:01AM | ($1.99) | $0.00 | ($1.99) | $0.00 |
| DAILY MEAL | 05/21/2017 05:00:02AM | ($1.99) | $0.00 | ($3.98) | $0.00 |
| DAILY MEAL | 05/22/2017 05:00:01AM | ($1.99) | $0.00 | ($5.97) | $0.00 |
| DAILY MEAL | 05/23/2017 05:00:01AM | ($1.99) | $0.00 | ($7.96) | $0.00 |
| DAILY MEAL | 05/24/2017 05:00:01AM | ($1.99) | $0.00 | ($9.95) | $0.00 |
| DAILY MEAL | 05/25/2017 05:00:01AM | ($1.99) | $0.00 | ($11.94) | $0.00 |
| DAILY MEAL | 05/26/2017 05:00:01AM | ($1.99) | $0.00 | ($13.93) | $0.00 |
| DAILY MEAL | 05/27/2017 05:00:01AM | ($1.99) | $0.00 | ($15.92) | $0.00 |
| DAILY MEAL | 05/28/2017 05:00:01AM | ($1.99) | $0.00 | ($17.91) | $0.00 |
| DAILY MEAL | 05/29/2017 05:00:02AM | ($1.99) | $0.00 | ($19.90) | $0.00 |
| DAILY MEAL | 05/30/2017 05:00:01AM | ($1.99) | $0.00 | ($21.89) | $0.00 |
| DAILY MEAL | 05/31/2017 05:00:01AM | ($1.99) | $0.00 | ($23.88) | $0.00 |
| DAILY MEAL | 06/01/2017 05:00:01AM | ($1.99) | $0.00 | ($25.87) | $0.00 |
| MEDICAL | 06/01/2017 10:25:56AM | ($10.00) | $0.00 | ($35.87) | $0.00 |
| DAILY MEAL | 06/02/2017 05:00:01AM | ($1.99) | $0.00 | ($37.86) | $0.00 |
| DAILY MEAL | 06/03/2017 05:00:01AM | ($1.99) | $0.00 | ($39.85) | $0.00 |
| DAILY MEAL | 06/04/2017 05:00:02AM | ($1.99) | $0.00 | ($41.84) | $0.00 |
| DAILY MEAL | 06/05/2017 05:00:01AM | ($1.99) | $0.00 | ($43.83) | $0.00 |
| DAILY MEAL | 06/06/2017 05:00:02AM | ($1.99) | $0.00 | ($45.82) | $0.00 |
| DAILY MEAL | 06/07/2017 05:00:02AM | ($1.99) | $0.00 | ($47.81) | $0.00 |
| MEDICAL | 06/07/2017 01:40:16PM | ($5.00) | $0.00 | ($52.81) | $0.00 |
| DAILY MEAL | 06/08/2017 05:00:01AM | ($1.99) | $0.00 | ($54.80) | $0.00 |
| MEDICAL | 06/13/2017 01:05:05PM | ($5.00) | $0.00 | ($59.80) | $0.00 |
| DAILY MEAL | 06/16/2017 05:00:01AM | ($1.99) | $0.00 | ($61.79) | $0.00 |
| DAILY MEAL | 06/17/2017 05:00:01AM | ($1.99) | $0.00 | ($63.78) | $0.00 |
| DAILY MEAL | 06/18/2017 05:00:01AM | ($1.99) | $0.00 | ($65.77) | $0.00 |
| DAILY MEAL | 06/19/2017 05:00:02AM | ($1.99) | $0.00 | ($67.76) | $0.00 |
| DAILY MEAL | 06/20/2017 05:00:02AM | ($1.99) | $0.00 | ($69.75) | $0.00 |
| | **Ending Totals:** | **$0.00** | | **($69.75)** | **$0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 6/20/2017  2:03:22PM

| Number: | 40911 | Secondary: | | Location: | 502 B Cell B 502-19 |
|---|---|---|---|---|---|

Name:   Smith, Richard Jerome

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| PER DIEM | 02/09/2015 03:43:21PM | ($20.00) | $0.00 | ($20.00) | $0.00 |
| MEDICAL | 02/20/2015 12:47:40PM | ($10.00) | $0.00 | ($30.00) | $0.00 |
| DAILY MEAL | 02/25/2015 05:00:11AM | ($1.99) | $0.00 | ($31.99) | $0.00 |
| DAILY MEAL | 02/26/2015 05:00:09AM | ($1.99) | $0.00 | ($33.98) | $0.00 |
| DAILY MEAL | 02/27/2015 05:00:09AM | ($1.99) | $0.00 | ($35.97) | $0.00 |
| DAILY MEAL | 02/28/2015 05:00:08AM | ($1.99) | $0.00 | ($37.96) | $0.00 |
| DAILY MEAL | 03/01/2015 05:00:09AM | ($1.99) | $0.00 | ($39.95) | $0.00 |
| DAILY MEAL | 03/02/2015 05:00:09AM | ($1.99) | $0.00 | ($41.94) | $0.00 |
| DAILY MEAL | 03/03/2015 05:00:06AM | ($1.99) | $0.00 | ($43.93) | $0.00 |
| DAILY MEAL | 03/04/2015 05:00:09AM | ($1.99) | $0.00 | ($45.92) | $0.00 |
| DAILY MEAL | 03/05/2015 05:00:04AM | ($1.99) | $0.00 | ($47.91) | $0.00 |
| MEDICAL | 03/05/2015 09:04:07AM | ($5.00) | $0.00 | ($52.91) | $0.00 |
| DAILY MEAL | 03/06/2015 05:00:08AM | ($1.99) | $0.00 | ($54.90) | $0.00 |
| DAILY MEAL | 03/07/2015 05:00:05AM | ($1.99) | $0.00 | ($56.89) | $0.00 |
| DAILY MEAL | 03/08/2015 05:00:07AM | ($1.99) | $0.00 | ($58.88) | $0.00 |
| DAILY MEAL | 03/09/2015 05:00:07AM | ($1.99) | $0.00 | ($60.87) | $0.00 |
| DAILY MEAL | 03/10/2015 05:00:08AM | ($1.99) | $0.00 | ($62.86) | $0.00 |
| MEDICAL | 03/10/2015 10:40:11AM | ($10.00) | $0.00 | ($72.86) | $0.00 |
| DAILY MEAL | 03/11/2015 05:00:07AM | ($1.99) | $0.00 | ($74.85) | $0.00 |
| DAILY MEAL | 03/12/2015 05:00:07AM | ($1.99) | $0.00 | ($76.84) | $0.00 |
| DAILY MEAL | 03/13/2015 05:00:04AM | ($1.99) | $0.00 | ($78.83) | $0.00 |
| TRANSFER DEBT IN | 03/13/2015 09:31:07AM | ($272.10) | $0.00 | ($350.93) | $0.00 |
| VOID-PER DIEM | 03/13/2015 09:34:37AM | $20.00 | $0.00 | ($330.93) | $0.00 |
| DAILY MEAL | 03/14/2015 05:00:05AM | ($1.99) | $0.00 | ($332.92) | $0.00 |
| DAILY MEAL | 03/15/2015 05:00:08AM | ($1.99) | $0.00 | ($334.91) | $0.00 |
| DAILY MEAL | 03/16/2015 05:00:06AM | ($1.99) | $0.00 | ($336.90) | $0.00 |
| DAILY MEAL | 03/17/2015 05:00:05AM | ($1.99) | $0.00 | ($338.89) | $0.00 |
| DAILY MEAL | 03/18/2015 05:00:05AM | ($1.99) | $0.00 | ($340.88) | $0.00 |
| MEDICAL | 03/18/2015 01:21:46PM | ($12.00) | $0.00 | ($352.88) | $0.00 |
| DAILY MEAL | 03/19/2015 05:00:06AM | ($1.99) | $0.00 | ($354.87) | $0.00 |
| DAILY MEAL | 03/20/2015 05:00:07AM | ($1.99) | $0.00 | ($356.86) | $0.00 |
| DAILY MEAL | 03/21/2015 05:00:05AM | ($1.99) | $0.00 | ($358.85) | $0.00 |
| DAILY MEAL | 03/22/2015 05:00:04AM | ($1.99) | $0.00 | ($360.84) | $0.00 |
| DAILY MEAL | 03/23/2015 05:00:05AM | ($1.99) | $0.00 | ($362.83) | $0.00 |
| DAILY MEAL | 03/24/2015 05:00:05AM | ($1.99) | $0.00 | ($364.82) | $0.00 |
| DAILY MEAL | 03/25/2015 05:00:09AM | ($1.99) | $0.00 | ($366.81) | $0.00 |
| DAILY MEAL | 03/26/2015 05:00:05AM | ($1.99) | $0.00 | ($368.80) | $0.00 |
| DAILY MEAL | 03/27/2015 05:00:05AM | ($1.99) | $0.00 | ($370.79) | $0.00 |
| DAILY MEAL | 03/28/2015 05:00:05AM | ($1.99) | $0.00 | ($372.78) | $0.00 |
| DAILY MEAL | 03/29/2015 05:00:07AM | ($1.99) | $0.00 | ($374.77) | $0.00 |
| DAILY MEAL | 03/30/2015 05:00:05AM | ($1.99) | $0.00 | ($376.76) | $0.00 |
| DAILY MEAL | 03/31/2015 05:00:07AM | ($1.99) | $0.00 | ($378.75) | $0.00 |
| DAILY MEAL | 04/01/2015 05:00:07AM | ($1.99) | $0.00 | ($380.74) | $0.00 |
| DAILY MEAL | 04/02/2015 05:00:05AM | ($1.99) | $0.00 | ($382.73) | $0.00 |
| DAILY MEAL | 04/03/2015 05:00:03AM | ($1.99) | $0.00 | ($384.72) | $0.00 |
| DAILY MEAL | 04/04/2015 05:00:07AM | ($1.99) | $0.00 | ($386.71) | $0.00 |
| DAILY MEAL | 04/05/2015 05:00:05AM | ($1.99) | $0.00 | ($388.70) | $0.00 |
| DAILY MEAL | 04/06/2015 05:00:05AM | ($1.99) | $0.00 | ($390.69) | $0.00 |
| DAILY MEAL | 04/07/2015 05:00:05AM | ($1.99) | $0.00 | ($392.68) | $0.00 |
| DAILY MEAL | 04/08/2015 05:00:07AM | ($1.99) | $0.00 | ($394.67) | $0.00 |
| DAILY MEAL | 04/09/2015 05:00:06AM | ($1.99) | $0.00 | ($396.66) | $0.00 |
| DAILY MEAL | 04/10/2015 05:00:05AM | ($1.99) | $0.00 | ($398.65) | $0.00 |
| DAILY MEAL | 04/11/2015 05:00:05AM | ($1.99) | $0.00 | ($400.64) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report    Page 1 of 9
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 6/20/2017 2:03:23PM

| Number: | 40911 | Secondary: | | Location: | 502 B Cell B 502-19 |

Name:    Smith, Richard Jerome

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 04/12/2015 05:00:04AM | ($1.99) | $0.00 | ($402.63) | $0.00 |
| DAILY MEAL | 04/13/2015 05:00:04AM | ($1.99) | $0.00 | ($404.62) | $0.00 |
| MEDICAL | 04/13/2015 01:32:20PM | ($10.00) | $0.00 | ($414.62) | $0.00 |
| DAILY MEAL | 04/14/2015 05:00:05AM | ($1.99) | $0.00 | ($416.61) | $0.00 |
| DAILY MEAL | 04/15/2015 05:00:06AM | ($1.99) | $0.00 | ($418.60) | $0.00 |
| DAILY MEAL | 04/16/2015 05:00:06AM | ($1.99) | $0.00 | ($420.59) | $0.00 |
| DAILY MEAL | 04/17/2015 05:00:04AM | ($1.99) | $0.00 | ($422.58) | $0.00 |
| DAILY MEAL | 04/18/2015 05:00:06AM | ($1.99) | $0.00 | ($424.57) | $0.00 |
| DAILY MEAL | 04/19/2015 05:00:05AM | ($1.99) | $0.00 | ($426.56) | $0.00 |
| DAILY MEAL | 04/20/2015 05:00:04AM | ($1.99) | $0.00 | ($428.55) | $0.00 |
| DAILY MEAL | 04/21/2015 05:00:07AM | ($1.99) | $0.00 | ($430.54) | $0.00 |
| DAILY MEAL | 04/22/2015 05:00:04AM | ($1.99) | $0.00 | ($432.53) | $0.00 |
| DAILY MEAL | 04/23/2015 05:00:08AM | ($1.99) | $0.00 | ($434.52) | $0.00 |
| DAILY MEAL | 04/24/2015 05:00:08AM | ($1.99) | $0.00 | ($436.51) | $0.00 |
| DAILY MEAL | 04/25/2015 05:00:08AM | ($1.99) | $0.00 | ($438.50) | $0.00 |
| DAILY MEAL | 04/27/2015 05:00:13AM | ($1.99) | $0.00 | ($440.49) | $0.00 |
| DAILY MEAL | 04/28/2015 05:00:09AM | ($1.99) | $0.00 | ($442.48) | $0.00 |
| DAILY MEAL | 04/29/2015 05:00:08AM | ($1.99) | $0.00 | ($444.47) | $0.00 |
| DAILY MEAL | 04/30/2015 05:00:10AM | ($1.99) | $0.00 | ($446.46) | $0.00 |
| DAILY MEAL | 05/01/2015 05:00:08AM | ($1.99) | $0.00 | ($448.45) | $0.00 |
| DAILY MEAL | 05/02/2015 05:00:08AM | ($1.99) | $0.00 | ($450.44) | $0.00 |
| DAILY MEAL | 05/03/2015 05:00:07AM | ($1.99) | $0.00 | ($452.43) | $0.00 |
| DAILY MEAL | 05/04/2015 05:00:07AM | ($1.99) | $0.00 | ($454.42) | $0.00 |
| DAILY MEAL | 05/05/2015 05:00:08AM | ($1.99) | $0.00 | ($456.41) | $0.00 |
| DAILY MEAL | 05/06/2015 05:00:07AM | ($1.99) | $0.00 | ($458.40) | $0.00 |
| DAILY MEAL | 05/07/2015 05:00:07AM | ($1.99) | $0.00 | ($460.39) | $0.00 |
| DAILY MEAL | 05/08/2015 05:00:07AM | ($1.99) | $0.00 | ($462.38) | $0.00 |
| DAILY MEAL | 05/09/2015 05:00:08AM | ($1.99) | $0.00 | ($464.37) | $0.00 |
| DAILY MEAL | 05/10/2015 05:00:07AM | ($1.99) | $0.00 | ($466.36) | $0.00 |
| DAILY MEAL | 05/11/2015 05:00:09AM | ($1.99) | $0.00 | ($468.35) | $0.00 |
| DAILY MEAL | 05/12/2015 05:00:08AM | ($1.99) | $0.00 | ($470.34) | $0.00 |
| DAILY MEAL | 05/13/2015 05:00:11AM | ($1.99) | $0.00 | ($472.33) | $0.00 |
| DAILY MEAL | 05/14/2015 05:00:08AM | ($1.99) | $0.00 | ($474.32) | $0.00 |
| DAILY MEAL | 05/15/2015 05:00:08AM | ($1.99) | $0.00 | ($476.31) | $0.00 |
| DAILY MEAL | 05/16/2015 05:00:07AM | ($1.99) | $0.00 | ($478.30) | $0.00 |
| DAILY MEAL | 05/17/2015 05:00:09AM | ($1.99) | $0.00 | ($480.29) | $0.00 |
| DAILY MEAL | 05/18/2015 05:00:08AM | ($1.99) | $0.00 | ($482.28) | $0.00 |
| DAILY MEAL | 05/19/2015 05:00:08AM | ($1.99) | $0.00 | ($484.27) | $0.00 |
| DAILY MEAL | 05/20/2015 05:00:07AM | ($1.99) | $0.00 | ($486.26) | $0.00 |
| DAILY MEAL | 05/21/2015 05:00:07AM | ($1.99) | $0.00 | ($488.25) | $0.00 |
| DAILY MEAL | 05/22/2015 05:00:08AM | ($1.99) | $0.00 | ($490.24) | $0.00 |
| DAILY MEAL | 05/23/2015 05:00:03AM | ($1.99) | $0.00 | ($492.23) | $0.00 |
| DAILY MEAL | 05/24/2015 05:00:03AM | ($1.99) | $0.00 | ($494.22) | $0.00 |
| DAILY MEAL | 05/25/2015 05:00:03AM | ($1.99) | $0.00 | ($496.21) | $0.00 |
| DAILY MEAL | 05/26/2015 05:00:03AM | ($1.99) | $0.00 | ($498.20) | $0.00 |
| DAILY MEAL | 05/27/2015 05:00:03AM | ($1.99) | $0.00 | ($500.19) | $0.00 |
| DAILY MEAL | 05/28/2015 05:00:03AM | ($1.99) | $0.00 | ($502.18) | $0.00 |
| DAILY MEAL | 05/29/2015 05:00:04AM | ($1.99) | $0.00 | ($504.17) | $0.00 |
| DAILY MEAL | 05/30/2015 05:00:03AM | ($1.99) | $0.00 | ($506.16) | $0.00 |
| DAILY MEAL | 05/31/2015 05:00:02AM | ($1.99) | $0.00 | ($508.15) | $0.00 |
| DAILY MEAL | 06/01/2015 05:00:02AM | ($1.99) | $0.00 | ($510.14) | $0.00 |
| DAILY MEAL | 06/02/2015 05:00:02AM | ($1.99) | $0.00 | ($512.13) | $0.00 |
| DAILY MEAL | 06/03/2015 05:00:03AM | ($1.99) | $0.00 | ($514.12) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple
Created: 6/20/2017  2:03:23PM

| Number: | 40911 | Secondary: | | Location: | 502 B Cell B 502-19 |

Name:   Smith, Richard Jerome

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 06/04/2015 05:00:03AM | ($1.99) | $0.00 | ($516.11) | $0.00 |
| DAILY MEAL | 06/05/2015 05:00:03AM | ($1.99) | $0.00 | ($518.10) | $0.00 |
| DAILY MEAL | 06/06/2015 05:00:03AM | ($1.99) | $0.00 | ($520.09) | $0.00 |
| DAILY MEAL | 06/07/2015 05:00:03AM | ($1.99) | $0.00 | ($522.08) | $0.00 |
| DAILY MEAL | 06/08/2015 05:00:02AM | ($1.99) | $0.00 | ($524.07) | $0.00 |
| DAILY MEAL | 06/09/2015 05:00:04AM | ($1.99) | $0.00 | ($526.06) | $0.00 |
| DAILY MEAL | 06/10/2015 05:00:04AM | ($1.99) | $0.00 | ($528.05) | $0.00 |
| DAILY MEAL | 06/11/2015 05:00:02AM | ($1.99) | $0.00 | ($530.04) | $0.00 |
| DAILY MEAL | 06/12/2015 05:00:02AM | ($1.99) | $0.00 | ($532.03) | $0.00 |
| DAILY MEAL | 06/13/2015 05:00:02AM | ($1.99) | $0.00 | ($534.02) | $0.00 |
| DAILY MEAL | 06/14/2015 05:00:02AM | ($1.99) | $0.00 | ($536.01) | $0.00 |
| DAILY MEAL | 06/15/2015 05:00:03AM | ($1.99) | $0.00 | ($538.00) | $0.00 |
| DAILY MEAL | 06/16/2015 05:00:02AM | ($1.99) | $0.00 | ($539.99) | $0.00 |
| MEDICAL | 06/16/2015 01:52:32PM | ($10.00) | $0.00 | ($549.99) | $0.00 |
| DAILY MEAL | 06/17/2015 05:00:04AM | ($1.99) | $0.00 | ($551.98) | $0.00 |
| RELEASE INMATE - NO BALANCE | 06/17/2015 07:07:32AM | $0.00 | $0.00 | ($551.98) | $0.00 |
| PER DIEM | 01/30/2016 12:46:34PM | ($20.00) | $0.00 | ($571.98) | $0.00 |
| DAILY MEAL | 02/03/2016 05:00:01AM | ($1.99) | $0.00 | ($573.97) | $0.00 |
| DAILY MEAL | 02/04/2016 05:00:01AM | ($1.99) | $0.00 | ($575.96) | $0.00 |
| DAILY MEAL | 02/05/2016 05:00:02AM | ($1.99) | $0.00 | ($577.95) | $0.00 |
| DAILY MEAL | 02/06/2016 05:00:01AM | ($1.99) | $0.00 | ($579.94) | $0.00 |
| DAILY MEAL | 02/07/2016 05:00:02AM | ($1.99) | $0.00 | ($581.93) | $0.00 |
| DAILY MEAL | 02/08/2016 05:00:01AM | ($1.99) | $0.00 | ($583.92) | $0.00 |
| DAILY MEAL | 02/09/2016 05:00:01AM | ($1.99) | $0.00 | ($585.91) | $0.00 |
| DAILY MEAL | 02/10/2016 05:00:02AM | ($1.99) | $0.00 | ($587.90) | $0.00 |
| DAILY MEAL | 02/11/2016 05:00:01AM | ($1.99) | $0.00 | ($589.89) | $0.00 |
| DAILY MEAL | 02/12/2016 05:00:01AM | ($1.99) | $0.00 | ($591.88) | $0.00 |
| DAILY MEAL | 02/13/2016 05:00:01AM | ($1.99) | $0.00 | ($593.87) | $0.00 |
| DAILY MEAL | 02/14/2016 05:00:01AM | ($1.99) | $0.00 | ($595.86) | $0.00 |
| DAILY MEAL | 02/15/2016 05:00:01AM | ($1.99) | $0.00 | ($597.85) | $0.00 |
| DAILY MEAL | 02/16/2016 05:00:01AM | ($1.99) | $0.00 | ($599.84) | $0.00 |
| DAILY MEAL | 02/17/2016 05:00:02AM | ($1.99) | $0.00 | ($601.83) | $0.00 |
| DAILY MEAL | 02/18/2016 05:00:01AM | ($1.99) | $0.00 | ($603.82) | $0.00 |
| DAILY MEAL | 02/19/2016 05:00:01AM | ($1.99) | $0.00 | ($605.81) | $0.00 |
| DAILY MEAL | 02/20/2016 05:00:02AM | ($1.99) | $0.00 | ($607.80) | $0.00 |
| DAILY MEAL | 02/21/2016 05:00:01AM | ($1.99) | $0.00 | ($609.79) | $0.00 |
| DAILY MEAL | 02/22/2016 05:00:01AM | ($1.99) | $0.00 | ($611.78) | $0.00 |
| DAILY MEAL | 02/23/2016 05:00:01AM | ($1.99) | $0.00 | ($613.77) | $0.00 |
| DAILY MEAL | 02/24/2016 05:00:01AM | ($1.99) | $0.00 | ($615.76) | $0.00 |
| DAILY MEAL | 02/25/2016 05:00:01AM | ($1.99) | $0.00 | ($617.75) | $0.00 |
| DAILY MEAL | 02/26/2016 05:00:01AM | ($1.99) | $0.00 | ($619.74) | $0.00 |
| DAILY MEAL | 02/27/2016 05:00:02AM | ($1.99) | $0.00 | ($621.73) | $0.00 |
| DAILY MEAL | 02/28/2016 05:00:01AM | ($1.99) | $0.00 | ($623.72) | $0.00 |
| DAILY MEAL | 02/29/2016 05:00:01AM | ($1.99) | $0.00 | ($625.71) | $0.00 |
| DAILY MEAL | 03/01/2016 05:00:01AM | ($1.99) | $0.00 | ($627.70) | $0.00 |
| DAILY MEAL | 03/02/2016 05:00:02AM | ($1.99) | $0.00 | ($629.69) | $0.00 |
| DAILY MEAL | 03/03/2016 05:00:01AM | ($1.99) | $0.00 | ($631.68) | $0.00 |
| DAILY MEAL | 03/04/2016 05:00:02AM | ($1.99) | $0.00 | ($633.67) | $0.00 |
| DAILY MEAL | 03/05/2016 05:00:01AM | ($1.99) | $0.00 | ($635.66) | $0.00 |
| DAILY MEAL | 03/06/2016 05:00:01AM | ($1.99) | $0.00 | ($637.65) | $0.00 |
| DAILY MEAL | 03/07/2016 05:00:01AM | ($1.99) | $0.00 | ($639.64) | $0.00 |
| DAILY MEAL | 03/08/2016 05:00:01AM | ($1.99) | $0.00 | ($641.63) | $0.00 |
| DAILY MEAL | 03/09/2016 05:00:01AM | ($1.99) | $0.00 | ($643.62) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report   Page 3 of 9
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

| Number: | 40911 | Secondary: | | | Location: 502 B Cell B 502-19 |
|---|---|---|---|---|---|

Name:    Smith, Richard Jerome

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 03/10/2016 05:00:01AM | ($1.99) | $0.00 | ($645.61) | $0.00 |
| DAILY MEAL | 03/11/2016 05:00:01AM | ($1.99) | $0.00 | ($647.60) | $0.00 |
| DAILY MEAL | 03/12/2016 05:00:01AM | ($1.99) | $0.00 | ($649.59) | $0.00 |
| DAILY MEAL | 03/13/2016 05:00:02AM | ($1.99) | $0.00 | ($651.58) | $0.00 |
| DAILY MEAL | 03/14/2016 05:00:01AM | ($1.99) | $0.00 | ($653.57) | $0.00 |
| DAILY MEAL | 03/15/2016 05:00:01AM | ($1.99) | $0.00 | ($655.56) | $0.00 |
| DAILY MEAL | 03/16/2016 05:00:02AM | ($1.99) | $0.00 | ($657.55) | $0.00 |
| DAILY MEAL | 03/17/2016 05:00:02AM | ($1.99) | $0.00 | ($659.54) | $0.00 |
| DAILY MEAL | 03/18/2016 05:00:01AM | ($1.99) | $0.00 | ($661.53) | $0.00 |
| DAILY MEAL | 03/19/2016 05:00:02AM | ($1.99) | $0.00 | ($663.52) | $0.00 |
| DAILY MEAL | 03/20/2016 05:00:01AM | ($1.99) | $0.00 | ($665.51) | $0.00 |
| DAILY MEAL | 03/21/2016 05:00:01AM | ($1.99) | $0.00 | ($667.50) | $0.00 |
| DAILY MEAL | 03/22/2016 05:00:01AM | ($1.99) | $0.00 | ($669.49) | $0.00 |
| DAILY MEAL | 03/23/2016 05:00:06AM | ($1.99) | $0.00 | ($671.48) | $0.00 |
| DAILY MEAL | 03/24/2016 05:00:01AM | ($1.99) | $0.00 | ($673.47) | $0.00 |
| DAILY MEAL | 03/25/2016 05:00:01AM | ($1.99) | $0.00 | ($675.46) | $0.00 |
| DAILY MEAL | 03/26/2016 05:00:01AM | ($1.99) | $0.00 | ($677.45) | $0.00 |
| DAILY MEAL | 03/27/2016 05:00:01AM | ($1.99) | $0.00 | ($679.44) | $0.00 |
| DAILY MEAL | 03/28/2016 05:00:01AM | ($1.99) | $0.00 | ($681.43) | $0.00 |
| DAILY MEAL | 03/29/2016 05:00:01AM | ($1.99) | $0.00 | ($683.42) | $0.00 |
| DAILY MEAL | 03/30/2016 05:00:01AM | ($1.99) | $0.00 | ($685.41) | $0.00 |
| DAILY MEAL | 03/31/2016 05:00:01AM | ($1.99) | $0.00 | ($687.40) | $0.00 |
| DAILY MEAL | 04/01/2016 05:00:01AM | ($1.99) | $0.00 | ($689.39) | $0.00 |
| DAILY MEAL | 04/02/2016 05:00:01AM | ($1.99) | $0.00 | ($691.38) | $0.00 |
| DAILY MEAL | 04/03/2016 05:00:01AM | ($1.99) | $0.00 | ($693.37) | $0.00 |
| DAILY MEAL | 04/04/2016 05:00:01AM | ($1.99) | $0.00 | ($695.36) | $0.00 |
| DAILY MEAL | 04/05/2016 05:00:02AM | ($1.99) | $0.00 | ($697.35) | $0.00 |
| DAILY MEAL | 04/06/2016 05:00:01AM | ($1.99) | $0.00 | ($699.34) | $0.00 |
| DAILY MEAL | 04/07/2016 05:00:02AM | ($1.99) | $0.00 | ($701.33) | $0.00 |
| DAILY MEAL | 04/08/2016 05:00:01AM | ($1.99) | $0.00 | ($703.32) | $0.00 |
| DAILY MEAL | 04/09/2016 05:00:01AM | ($1.99) | $0.00 | ($705.31) | $0.00 |
| DAILY MEAL | 04/10/2016 05:00:01AM | ($1.99) | $0.00 | ($707.30) | $0.00 |
| DAILY MEAL | 04/11/2016 05:00:01AM | ($1.99) | $0.00 | ($709.29) | $0.00 |
| DAILY MEAL | 04/12/2016 05:00:01AM | ($1.99) | $0.00 | ($711.28) | $0.00 |
| DAILY MEAL | 04/13/2016 05:00:01AM | ($1.99) | $0.00 | ($713.27) | $0.00 |
| DAILY MEAL | 04/14/2016 05:00:01AM | ($1.99) | $0.00 | ($715.26) | $0.00 |
| DAILY MEAL | 04/15/2016 05:00:01AM | ($1.99) | $0.00 | ($717.25) | $0.00 |
| DAILY MEAL | 04/16/2016 05:00:01AM | ($1.99) | $0.00 | ($719.24) | $0.00 |
| DAILY MEAL | 04/17/2016 05:00:01AM | ($1.99) | $0.00 | ($721.23) | $0.00 |
| DAILY MEAL | 04/18/2016 05:00:02AM | ($1.99) | $0.00 | ($723.22) | $0.00 |
| DAILY MEAL | 04/19/2016 05:00:01AM | ($1.99) | $0.00 | ($725.21) | $0.00 |
| DAILY MEAL | 04/20/2016 05:00:01AM | ($1.99) | $0.00 | ($727.20) | $0.00 |
| DAILY MEAL | 04/21/2016 05:00:02AM | ($1.99) | $0.00 | ($729.19) | $0.00 |
| DAILY MEAL | 04/22/2016 05:00:01AM | ($1.99) | $0.00 | ($731.18) | $0.00 |
| DAILY MEAL | 04/23/2016 05:00:01AM | ($1.99) | $0.00 | ($733.17) | $0.00 |
| DAILY MEAL | 04/24/2016 05:00:01AM | ($1.99) | $0.00 | ($735.16) | $0.00 |
| DAILY MEAL | 04/25/2016 05:00:01AM | ($1.99) | $0.00 | ($737.15) | $0.00 |
| DAILY MEAL | 04/26/2016 05:00:01AM | ($1.99) | $0.00 | ($739.14) | $0.00 |
| DAILY MEAL | 04/27/2016 05:00:01AM | ($1.99) | $0.00 | ($741.13) | $0.00 |
| DAILY MEAL | 04/28/2016 05:00:01AM | ($1.99) | $0.00 | ($743.12) | $0.00 |
| DAILY MEAL | 04/29/2016 05:00:02AM | ($1.99) | $0.00 | ($745.11) | $0.00 |
| DAILY MEAL | 04/30/2016 05:00:01AM | ($1.99) | $0.00 | ($747.10) | $0.00 |
| DAILY MEAL | 05/01/2016 05:00:01AM | ($1.99) | $0.00 | ($749.09) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report    Page 4 of 9
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

| | | | |
|---|---|---|---|
| Number: | 40911 | Secondary: | Location: 502 B Cell B 502-19 |
| Name: | Smith, Richard Jerome | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 05/02/2016 05:00:01AM | ($1.99) | $0.00 | ($751.08) | $0.00 |
| DAILY MEAL | 05/03/2016 05:00:01AM | ($1.99) | $0.00 | ($753.07) | $0.00 |
| MEDICAL | 05/03/2016 03:25:47PM | ($10.00) | $0.00 | ($763.07) | $0.00 |
| DAILY MEAL | 05/04/2016 05:00:02AM | ($1.99) | $0.00 | ($765.06) | $0.00 |
| DAILY MEAL | 05/05/2016 05:00:01AM | ($1.99) | $0.00 | ($767.05) | $0.00 |
| DAILY MEAL | 05/06/2016 05:00:01AM | ($1.99) | $0.00 | ($769.04) | $0.00 |
| DAILY MEAL | 05/07/2016 05:00:01AM | ($1.99) | $0.00 | ($771.03) | $0.00 |
| DAILY MEAL | 05/08/2016 05:00:01AM | ($1.99) | $0.00 | ($773.02) | $0.00 |
| DAILY MEAL | 05/09/2016 05:00:01AM | ($1.99) | $0.00 | ($775.01) | $0.00 |
| DAILY MEAL | 05/10/2016 05:00:01AM | ($1.99) | $0.00 | ($777.00) | $0.00 |
| DAILY MEAL | 05/11/2016 05:00:02AM | ($1.99) | $0.00 | ($778.99) | $0.00 |
| DAILY MEAL | 05/12/2016 05:00:01AM | ($1.99) | $0.00 | ($780.98) | $0.00 |
| DAILY MEAL | 05/13/2016 05:00:01AM | ($1.99) | $0.00 | ($782.97) | $0.00 |
| DAILY MEAL | 05/14/2016 05:00:01AM | ($1.99) | $0.00 | ($784.96) | $0.00 |
| DAILY MEAL | 05/15/2016 05:00:02AM | ($1.99) | $0.00 | ($786.95) | $0.00 |
| DAILY MEAL | 05/16/2016 05:00:01AM | ($1.99) | $0.00 | ($788.94) | $0.00 |
| DAILY MEAL | 05/17/2016 05:00:01AM | ($1.99) | $0.00 | ($790.93) | $0.00 |
| DAILY MEAL | 05/18/2016 05:00:02AM | ($1.99) | $0.00 | ($792.92) | $0.00 |
| DAILY MEAL | 05/19/2016 05:00:01AM | ($1.99) | $0.00 | ($794.91) | $0.00 |
| DAILY MEAL | 05/20/2016 05:00:02AM | ($1.99) | $0.00 | ($796.90) | $0.00 |
| DAILY MEAL | 05/21/2016 05:00:01AM | ($1.99) | $0.00 | ($798.89) | $0.00 |
| DAILY MEAL | 05/22/2016 05:00:01AM | ($1.99) | $0.00 | ($800.88) | $0.00 |
| DAILY MEAL | 05/23/2016 05:00:03AM | ($1.99) | $0.00 | ($802.87) | $0.00 |
| DAILY MEAL | 05/24/2016 05:00:01AM | ($1.99) | $0.00 | ($804.86) | $0.00 |
| DAILY MEAL | 05/25/2016 05:00:02AM | ($1.99) | $0.00 | ($806.85) | $0.00 |
| DAILY MEAL | 05/26/2016 05:00:02AM | ($1.99) | $0.00 | ($808.84) | $0.00 |
| DAILY MEAL | 05/27/2016 05:00:01AM | ($1.99) | $0.00 | ($810.83) | $0.00 |
| DAILY MEAL | 05/28/2016 05:00:01AM | ($1.99) | $0.00 | ($812.82) | $0.00 |
| DAILY MEAL | 05/29/2016 05:00:01AM | ($1.99) | $0.00 | ($814.81) | $0.00 |
| DAILY MEAL | 05/30/2016 05:00:01AM | ($1.99) | $0.00 | ($816.80) | $0.00 |
| DAILY MEAL | 05/31/2016 05:00:01AM | ($1.99) | $0.00 | ($818.79) | $0.00 |
| DAILY MEAL | 06/01/2016 05:00:02AM | ($1.99) | $0.00 | ($820.78) | $0.00 |
| DAILY MEAL | 06/02/2016 05:00:01AM | ($1.99) | $0.00 | ($822.77) | $0.00 |
| DAILY MEAL | 06/03/2016 05:00:02AM | ($1.99) | $0.00 | ($824.76) | $0.00 |
| DAILY MEAL | 06/04/2016 05:00:02AM | ($1.99) | $0.00 | ($826.75) | $0.00 |
| DAILY MEAL | 06/05/2016 05:00:01AM | ($1.99) | $0.00 | ($828.74) | $0.00 |
| DAILY MEAL | 06/06/2016 05:00:01AM | ($1.99) | $0.00 | ($830.73) | $0.00 |
| DAILY MEAL | 06/07/2016 05:00:01AM | ($1.99) | $0.00 | ($832.72) | $0.00 |
| DAILY MEAL | 06/08/2016 05:00:02AM | ($1.99) | $0.00 | ($834.71) | $0.00 |
| DAILY MEAL | 06/09/2016 05:00:01AM | ($1.99) | $0.00 | ($836.70) | $0.00 |
| DAILY MEAL | 06/10/2016 05:00:01AM | ($1.99) | $0.00 | ($838.69) | $0.00 |
| DAILY MEAL | 06/11/2016 05:00:01AM | ($1.99) | $0.00 | ($840.68) | $0.00 |
| DAILY MEAL | 06/12/2016 05:00:01AM | ($1.99) | $0.00 | ($842.67) | $0.00 |
| DAILY MEAL | 06/13/2016 05:00:01AM | ($1.99) | $0.00 | ($844.66) | $0.00 |
| DAILY MEAL | 06/14/2016 05:00:01AM | ($1.99) | $0.00 | ($846.65) | $0.00 |
| DAILY MEAL | 06/15/2016 05:00:02AM | ($1.99) | $0.00 | ($848.64) | $0.00 |
| DAILY MEAL | 06/16/2016 05:00:02AM | ($1.99) | $0.00 | ($850.63) | $0.00 |
| DAILY MEAL | 06/17/2016 05:00:01AM | ($1.99) | $0.00 | ($852.62) | $0.00 |
| DAILY MEAL | 06/18/2016 05:00:01AM | ($1.99) | $0.00 | ($854.61) | $0.00 |
| DAILY MEAL | 06/19/2016 05:00:01AM | ($1.99) | $0.00 | ($856.60) | $0.00 |
| DAILY MEAL | 06/20/2016 05:00:01AM | ($1.99) | $0.00 | ($858.59) | $0.00 |
| DAILY MEAL | 06/21/2016 05:00:02AM | ($1.99) | $0.00 | ($860.58) | $0.00 |
| DAILY MEAL | 06/22/2016 05:00:04AM | ($1.99) | $0.00 | ($862.57) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report     Page 5 of 9
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Number:    40911              Secondary:              Location:  502 B Cell B 502-19

Name:    Smith, Richard Jerome

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 06/23/2016 05:00:01AM | ($1.99) | $0.00 | ($864.56) | $0.00 |
| DAILY MEAL | 06/24/2016 05:00:01AM | ($1.99) | $0.00 | ($866.55) | $0.00 |
| DAILY MEAL | 06/25/2016 05:00:01AM | ($1.99) | $0.00 | ($868.54) | $0.00 |
| DAILY MEAL | 06/26/2016 05:00:01AM | ($1.99) | $0.00 | ($870.53) | $0.00 |
| DAILY MEAL | 06/27/2016 05:00:01AM | ($1.99) | $0.00 | ($872.52) | $0.00 |
| MEDICAL | 06/27/2016 02:04:14PM | ($5.00) | $0.00 | ($877.52) | $0.00 |
| DAILY MEAL | 06/28/2016 05:00:02AM | ($1.99) | $0.00 | ($879.51) | $0.00 |
| DAILY MEAL | 06/29/2016 05:00:01AM | ($1.99) | $0.00 | ($881.50) | $0.00 |
| DAILY MEAL | 06/30/2016 05:00:01AM | ($1.99) | $0.00 | ($883.49) | $0.00 |
| MEDICAL | 06/30/2016 01:25:59PM | ($5.00) | $0.00 | ($888.49) | $0.00 |
| DAILY MEAL | 07/01/2016 05:00:01AM | ($1.99) | $0.00 | ($890.48) | $0.00 |
| DAILY MEAL | 07/02/2016 05:00:01AM | ($1.99) | $0.00 | ($892.47) | $0.00 |
| DAILY MEAL | 07/03/2016 05:00:01AM | ($1.99) | $0.00 | ($894.46) | $0.00 |
| DAILY MEAL | 07/04/2016 05:00:02AM | ($1.99) | $0.00 | ($896.45) | $0.00 |
| DAILY MEAL | 07/05/2016 05:00:01AM | ($1.99) | $0.00 | ($898.44) | $0.00 |
| DAILY MEAL | 07/06/2016 05:00:01AM | ($1.99) | $0.00 | ($900.43) | $0.00 |
| DAILY MEAL | 07/07/2016 05:00:01AM | ($1.99) | $0.00 | ($902.42) | $0.00 |
| DAILY MEAL | 07/08/2016 05:00:01AM | ($1.99) | $0.00 | ($904.41) | $0.00 |
| DAILY MEAL | 07/09/2016 05:00:01AM | ($1.99) | $0.00 | ($906.40) | $0.00 |
| DAILY MEAL | 07/10/2016 05:00:01AM | ($1.99) | $0.00 | ($908.39) | $0.00 |
| DAILY MEAL | 07/11/2016 05:00:01AM | ($1.99) | $0.00 | ($910.38) | $0.00 |
| DAILY MEAL | 07/12/2016 05:00:02AM | ($1.99) | $0.00 | ($912.37) | $0.00 |
| DAILY MEAL | 07/13/2016 05:00:01AM | ($1.99) | $0.00 | ($914.36) | $0.00 |
| DAILY MEAL | 07/14/2016 05:00:01AM | ($1.99) | $0.00 | ($916.35) | $0.00 |
| DAILY MEAL | 07/15/2016 05:00:01AM | ($1.99) | $0.00 | ($918.34) | $0.00 |
| DAILY MEAL | 07/16/2016 05:00:01AM | ($1.99) | $0.00 | ($920.33) | $0.00 |
| DAILY MEAL | 07/17/2016 05:00:01AM | ($1.99) | $0.00 | ($922.32) | $0.00 |
| DAILY MEAL | 07/18/2016 05:00:01AM | ($1.99) | $0.00 | ($924.31) | $0.00 |
| DAILY MEAL | 07/19/2016 05:00:01AM | ($1.99) | $0.00 | ($926.30) | $0.00 |
| DAILY MEAL | 07/20/2016 05:00:01AM | ($1.99) | $0.00 | ($928.29) | $0.00 |
| DAILY MEAL | 07/21/2016 05:00:01AM | ($1.99) | $0.00 | ($930.28) | $0.00 |
| DAILY MEAL | 07/22/2016 05:00:01AM | ($1.99) | $0.00 | ($932.27) | $0.00 |
| DAILY MEAL | 07/23/2016 05:00:02AM | ($1.99) | $0.00 | ($934.26) | $0.00 |
| DAILY MEAL | 07/24/2016 05:00:01AM | ($1.99) | $0.00 | ($936.25) | $0.00 |
| DAILY MEAL | 07/25/2016 05:00:01AM | ($1.99) | $0.00 | ($938.24) | $0.00 |
| DAILY MEAL | 07/26/2016 05:00:01AM | ($1.99) | $0.00 | ($940.23) | $0.00 |
| DAILY MEAL | 07/27/2016 05:00:01AM | ($1.99) | $0.00 | ($942.22) | $0.00 |
| DAILY MEAL | 07/28/2016 05:00:01AM | ($1.99) | $0.00 | ($944.21) | $0.00 |
| DAILY MEAL | 07/29/2016 05:00:01AM | ($1.99) | $0.00 | ($946.20) | $0.00 |
| DAILY MEAL | 07/30/2016 05:00:01AM | ($1.99) | $0.00 | ($948.19) | $0.00 |
| DAILY MEAL | 07/31/2016 05:00:02AM | ($1.99) | $0.00 | ($950.18) | $0.00 |
| DAILY MEAL | 08/01/2016 05:00:01AM | ($1.99) | $0.00 | ($952.17) | $0.00 |
| DAILY MEAL | 08/02/2016 05:00:01AM | ($1.99) | $0.00 | ($954.16) | $0.00 |
| DAILY MEAL | 08/03/2016 05:00:02AM | ($1.99) | $0.00 | ($956.15) | $0.00 |
| DAILY MEAL | 08/04/2016 05:00:01AM | ($1.99) | $0.00 | ($958.14) | $0.00 |
| DAILY MEAL | 08/05/2016 05:00:01AM | ($1.99) | $0.00 | ($960.13) | $0.00 |
| DAILY MEAL | 08/06/2016 05:00:01AM | ($1.99) | $0.00 | ($962.12) | $0.00 |
| DAILY MEAL | 08/07/2016 05:00:01AM | ($1.99) | $0.00 | ($964.11) | $0.00 |
| DAILY MEAL | 08/08/2016 05:00:01AM | ($1.99) | $0.00 | ($966.10) | $0.00 |
| DAILY MEAL | 08/09/2016 05:00:01AM | ($1.99) | $0.00 | ($968.09) | $0.00 |
| DAILY MEAL | 08/10/2016 05:00:01AM | ($1.99) | $0.00 | ($970.08) | $0.00 |
| DAILY MEAL | 08/11/2016 05:00:01AM | ($1.99) | $0.00 | ($972.07) | $0.00 |
| DAILY MEAL | 08/12/2016 05:00:02AM | ($1.99) | $0.00 | ($974.06) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report    Page 6 of 9
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

| | | | |
|---|---|---|---|
| Number: | 40911 | Secondary: | Location: 502 B Cell B 502-19 |
| Name: | Smith, Richard Jerome | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 10/05/2016 05:00:01AM | ($1.99) | $0.00 | ($1,081.52) | $0.00 |
| DAILY MEAL | 10/06/2016 05:00:01AM | ($1.99) | $0.00 | ($1,083.51) | $0.00 |
| DAILY MEAL | 10/07/2016 05:00:01AM | ($1.99) | $0.00 | ($1,085.50) | $0.00 |
| DAILY MEAL | 10/08/2016 05:00:01AM | ($1.99) | $0.00 | ($1,087.49) | $0.00 |
| DAILY MEAL | 10/09/2016 05:00:01AM | ($1.99) | $0.00 | ($1,089.48) | $0.00 |
| DAILY MEAL | 10/10/2016 05:00:01AM | ($1.99) | $0.00 | ($1,091.47) | $0.00 |
| DAILY MEAL | 10/11/2016 05:00:01AM | ($1.99) | $0.00 | ($1,093.46) | $0.00 |
| DAILY MEAL | 10/12/2016 05:00:01AM | ($1.99) | $0.00 | ($1,095.45) | $0.00 |
| DAILY MEAL | 10/13/2016 05:00:01AM | ($1.99) | $0.00 | ($1,097.44) | $0.00 |
| DAILY MEAL | 10/14/2016 05:00:01AM | ($1.99) | $0.00 | ($1,099.43) | $0.00 |
| DAILY MEAL | 10/15/2016 05:00:01AM | ($1.99) | $0.00 | ($1,101.42) | $0.00 |
| DAILY MEAL | 10/16/2016 05:00:01AM | ($1.99) | $0.00 | ($1,103.41) | $0.00 |
| DAILY MEAL | 10/17/2016 05:00:01AM | ($1.99) | $0.00 | ($1,105.40) | $0.00 |
| DAILY MEAL | 10/18/2016 05:00:01AM | ($1.99) | $0.00 | ($1,107.39) | $0.00 |
| DAILY MEAL | 10/19/2016 05:00:02AM | ($1.99) | $0.00 | ($1,109.38) | $0.00 |
| DAILY MEAL | 10/20/2016 05:00:01AM | ($1.99) | $0.00 | ($1,111.37) | $0.00 |
| DAILY MEAL | 10/21/2016 05:00:01AM | ($1.99) | $0.00 | ($1,113.36) | $0.00 |
| DAILY MEAL | 10/22/2016 05:00:01AM | ($1.99) | $0.00 | ($1,115.35) | $0.00 |
| WRITE-OFF DEBT | 01/10/2017 11:25:22AM | $222.88 | $0.00 | ($892.47) | $0.00 |
| WRITE-OFF DEBT | 01/10/2017 11:25:22AM | $57.00 | $0.00 | ($835.47) | $0.00 |
| WRITE-OFF DEBT | 01/10/2017 11:25:22AM | $272.10 | $0.00 | ($563.37) | $0.00 |
| WRITE-OFF DEBT | 01/10/2017 01:16:12PM | $523.37 | $0.00 | ($40.00) | $0.00 |
| WRITE-OFF DEBT | 01/10/2017 01:16:14PM | $20.00 | $0.00 | ($20.00) | $0.00 |
| WRITE-OFF DEBT | 01/10/2017 01:16:14PM | $20.00 | $0.00 | $0.00 | $0.00 |
| PER DIEM | 01/26/2017 11:31:58PM | ($20.00) | $0.00 | ($20.00) | $0.00 |
| RELEASE INMATE - NO BALANCE | 01/30/2017 02:37:33AM | $0.00 | $0.00 | ($20.00) | $0.00 |
| WRITE-OFF DEBT | 01/30/2017 11:23:36AM | $20.00 | $0.00 | $0.00 | $0.00 |
| PER DIEM | 03/25/2017 06:37:15PM | ($20.00) | $0.00 | ($20.00) | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 03/25/2017 06:45:31PM | $1.01 | $0.00 | ($18.99) | $0.00 |
| DAILY MEAL | 03/29/2017 05:00:01AM | ($1.99) | $0.00 | ($20.98) | $0.00 |
| DAILY MEAL | 03/30/2017 05:00:01AM | ($1.99) | $0.00 | ($22.97) | $0.00 |
| DAILY MEAL | 03/31/2017 05:00:01AM | ($1.99) | $0.00 | ($24.96) | $0.00 |
| DAILY MEAL | 04/01/2017 05:00:01AM | ($1.99) | $0.00 | ($26.95) | $0.00 |
| RELEASE INMATE - NO BALANCE | 04/01/2017 03:08:31PM | $0.00 | $0.00 | ($26.95) | $0.00 |
| WRITE-OFF DEBT | 04/03/2017 02:15:40PM | $7.96 | $0.00 | ($18.99) | $0.00 |
| WRITE-OFF DEBT | 04/03/2017 02:15:40PM | $18.99 | $0.00 | $0.00 | $0.00 |
| PER DIEM | 04/11/2017 01:46:52AM | ($20.00) | $0.00 | ($20.00) | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 04/11/2017 02:05:12AM | $1.09 | $0.00 | ($18.91) | $0.00 |
| DAILY MEAL | 04/14/2017 05:00:01AM | ($1.99) | $0.00 | ($20.90) | $0.00 |
| DAILY MEAL | 04/15/2017 05:00:01AM | ($1.99) | $0.00 | ($22.89) | $0.00 |
| DAILY MEAL | 04/16/2017 05:00:01AM | ($1.99) | $0.00 | ($24.88) | $0.00 |
| DAILY MEAL | 04/17/2017 05:00:01AM | ($1.99) | $0.00 | ($26.87) | $0.00 |
| DAILY MEAL | 04/18/2017 05:00:01AM | ($1.99) | $0.00 | ($28.86) | $0.00 |
| DAILY MEAL | 04/19/2017 05:00:02AM | ($1.99) | $0.00 | ($30.85) | $0.00 |
| DAILY MEAL | 04/20/2017 05:00:01AM | ($1.99) | $0.00 | ($32.84) | $0.00 |
| MEDICAL | 04/20/2017 11:47:13AM | ($10.00) | $0.00 | ($42.84) | $0.00 |
| DAILY MEAL | 04/21/2017 05:00:02AM | ($1.99) | $0.00 | ($44.83) | $0.00 |
| DAILY MEAL | 04/22/2017 05:00:02AM | ($1.99) | $0.00 | ($46.82) | $0.00 |
| DAILY MEAL | 04/23/2017 05:00:01AM | ($1.99) | $0.00 | ($48.81) | $0.00 |
| DAILY MEAL | 04/24/2017 05:00:02AM | ($1.99) | $0.00 | ($50.80) | $0.00 |
| DAILY MEAL | 04/25/2017 05:00:01AM | ($1.99) | $0.00 | ($52.79) | $0.00 |
| DAILY MEAL | 04/26/2017 05:00:01AM | ($1.99) | $0.00 | ($54.78) | $0.00 |
| DAILY MEAL | 04/27/2017 05:00:01AM | ($1.99) | $0.00 | ($56.77) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report    Page 8 of 9
may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly
reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

| Number: | 40911 | Secondary: | | Location: | 502 B Cell B 502-19 |
|---|---|---|---|---|---|

Name:    Smith, Richard Jerome

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| DAILY MEAL | 08/13/2016 05:00:01AM | ($1.99) | $0.00 | ($976.05) | $0.00 |
| DAILY MEAL | 08/14/2016 05:00:01AM | ($1.99) | $0.00 | ($978.04) | $0.00 |
| DAILY MEAL | 08/15/2016 05:00:01AM | ($1.99) | $0.00 | ($980.03) | $0.00 |
| DAILY MEAL | 08/16/2016 05:00:01AM | ($1.99) | $0.00 | ($982.02) | $0.00 |
| DAILY MEAL | 08/17/2016 05:00:01AM | ($1.99) | $0.00 | ($984.01) | $0.00 |
| DAILY MEAL | 08/18/2016 05:00:02AM | ($1.99) | $0.00 | ($986.00) | $0.00 |
| DAILY MEAL | 08/19/2016 05:00:01AM | ($1.99) | $0.00 | ($987.99) | $0.00 |
| DAILY MEAL | 08/20/2016 05:00:01AM | ($1.99) | $0.00 | ($989.98) | $0.00 |
| DAILY MEAL | 08/21/2016 05:00:01AM | ($1.99) | $0.00 | ($991.97) | $0.00 |
| DAILY MEAL | 08/22/2016 05:00:01AM | ($1.99) | $0.00 | ($993.96) | $0.00 |
| DAILY MEAL | 08/23/2016 05:00:01AM | ($1.99) | $0.00 | ($995.95) | $0.00 |
| DAILY MEAL | 08/24/2016 05:00:01AM | ($1.99) | $0.00 | ($997.94) | $0.00 |
| DAILY MEAL | 08/25/2016 05:00:01AM | ($1.99) | $0.00 | ($999.93) | $0.00 |
| DAILY MEAL | 08/26/2016 05:00:01AM | ($1.99) | $0.00 | ($1,001.92) | $0.00 |
| DAILY MEAL | 08/27/2016 05:00:01AM | ($1.99) | $0.00 | ($1,003.91) | $0.00 |
| DAILY MEAL | 08/28/2016 05:00:06AM | ($1.99) | $0.00 | ($1,005.90) | $0.00 |
| DAILY MEAL | 08/29/2016 05:00:01AM | ($1.99) | $0.00 | ($1,007.89) | $0.00 |
| DAILY MEAL | 08/30/2016 05:00:01AM | ($1.99) | $0.00 | ($1,009.88) | $0.00 |
| DAILY MEAL | 08/31/2016 05:00:01AM | ($1.99) | $0.00 | ($1,011.87) | $0.00 |
| DAILY MEAL | 09/01/2016 05:00:01AM | ($1.99) | $0.00 | ($1,013.86) | $0.00 |
| DAILY MEAL | 09/02/2016 05:00:01AM | ($1.99) | $0.00 | ($1,015.85) | $0.00 |
| DAILY MEAL | 09/03/2016 05:00:01AM | ($1.99) | $0.00 | ($1,017.84) | $0.00 |
| DAILY MEAL | 09/04/2016 05:00:01AM | ($1.99) | $0.00 | ($1,019.83) | $0.00 |
| DAILY MEAL | 09/05/2016 05:00:01AM | ($1.99) | $0.00 | ($1,021.82) | $0.00 |
| DAILY MEAL | 09/06/2016 05:00:01AM | ($1.99) | $0.00 | ($1,023.81) | $0.00 |
| DAILY MEAL | 09/07/2016 05:00:02AM | ($1.99) | $0.00 | ($1,025.80) | $0.00 |
| DAILY MEAL | 09/08/2016 05:00:01AM | ($1.99) | $0.00 | ($1,027.79) | $0.00 |
| DAILY MEAL | 09/09/2016 05:00:01AM | ($1.99) | $0.00 | ($1,029.78) | $0.00 |
| DAILY MEAL | 09/10/2016 05:00:01AM | ($1.99) | $0.00 | ($1,031.77) | $0.00 |
| DAILY MEAL | 09/11/2016 05:00:01AM | ($1.99) | $0.00 | ($1,033.76) | $0.00 |
| DAILY MEAL | 09/12/2016 05:00:01AM | ($1.99) | $0.00 | ($1,035.75) | $0.00 |
| DAILY MEAL | 09/13/2016 05:00:02AM | ($1.99) | $0.00 | ($1,037.74) | $0.00 |
| DAILY MEAL | 09/14/2016 05:00:01AM | ($1.99) | $0.00 | ($1,039.73) | $0.00 |
| DAILY MEAL | 09/15/2016 05:00:01AM | ($1.99) | $0.00 | ($1,041.72) | $0.00 |
| DAILY MEAL | 09/16/2016 05:00:01AM | ($1.99) | $0.00 | ($1,043.71) | $0.00 |
| DAILY MEAL | 09/17/2016 05:00:01AM | ($1.99) | $0.00 | ($1,045.70) | $0.00 |
| DAILY MEAL | 09/18/2016 05:00:01AM | ($1.99) | $0.00 | ($1,047.69) | $0.00 |
| DAILY MEAL | 09/19/2016 05:00:01AM | ($1.99) | $0.00 | ($1,049.68) | $0.00 |
| DAILY MEAL | 09/20/2016 05:00:01AM | ($1.99) | $0.00 | ($1,051.67) | $0.00 |
| DAILY MEAL | 09/21/2016 05:00:01AM | ($1.99) | $0.00 | ($1,053.66) | $0.00 |
| DAILY MEAL | 09/22/2016 05:00:01AM | ($1.99) | $0.00 | ($1,055.65) | $0.00 |
| DAILY MEAL | 09/23/2016 05:00:01AM | ($1.99) | $0.00 | ($1,057.64) | $0.00 |
| DAILY MEAL | 09/24/2016 05:00:05AM | ($1.99) | $0.00 | ($1,059.63) | $0.00 |
| DAILY MEAL | 09/25/2016 05:00:01AM | ($1.99) | $0.00 | ($1,061.62) | $0.00 |
| DAILY MEAL | 09/26/2016 05:00:01AM | ($1.99) | $0.00 | ($1,063.61) | $0.00 |
| DAILY MEAL | 09/27/2016 05:00:01AM | ($1.99) | $0.00 | ($1,065.60) | $0.00 |
| DAILY MEAL | 09/28/2016 05:00:01AM | ($1.99) | $0.00 | ($1,067.59) | $0.00 |
| DAILY MEAL | 09/29/2016 05:00:01AM | ($1.99) | $0.00 | ($1,069.58) | $0.00 |
| DAILY MEAL | 09/30/2016 05:00:01AM | ($1.99) | $0.00 | ($1,071.57) | $0.00 |
| DAILY MEAL | 10/01/2016 05:00:01AM | ($1.99) | $0.00 | ($1,073.56) | $0.00 |
| DAILY MEAL | 10/02/2016 05:00:01AM | ($1.99) | $0.00 | ($1,075.55) | $0.00 |
| DAILY MEAL | 10/03/2016 05:00:01AM | ($1.99) | $0.00 | ($1,077.54) | $0.00 |
| DAILY MEAL | 10/04/2016 05:00:01AM | ($1.99) | $0.00 | ($1,079.53) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

S02-19

## AFFIDAVIT CERTIFICATE

(Prisoner Accounts Only)

I HEREBY CERTIFY THAT    __SMITH RICHARD JEROME__    has the sum of

(Name of Affiant)

$ __- 69.75__    as of __06/20/2017__    on account to his credit at the

(Date)

__Brevard County Jail Complex__ Institution where he is confined. I further certify that the above-named

Prisoner affiant has the following securities to his credit according to the records of this Institution.

Authorized Officer of Brevard County Jail Complex

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

## COMPLAINT FOR PRISONERS FILING UNDER:

- **42 U.S.C. § 1983** for suits against state actors
- **28 U.S.C. § 1331** for suits against federal defendants pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)

## EXPLANATION AND INSTRUCTIONS - READ CAREFULLY

**1. Complaint and Affidavit of Indigency.** This packet includes a complaint form which must be completed as instructed below. Actions filed by pro se prisoner litigants will not be considered by the Court unless this complaint form has been completed. Also included is an affidavit of indigency to apply to proceed *in forma pauperis* (IFP), which you must complete if you cannot pay the filing fee.

**2. Format.** Your complaint must be legibly handwritten, typewritten, or computer generated. You must answer all of the questions on the complaint form. You must provide your full and correct name as Plaintiff. When listing Defendants, you must provide the name and either job title or position; e.g., Officer J. Smith. You must furnish an address for each Defendant. If you need additional space to answer a question, you may use additional blank pages, but do not write on the reverse side of any page. You must sign the complaint on the last page of the complaint form. You should keep a copy of the complaint for your records, but the complaint that is sent to the Court for filing must contain your original signature. You must provide truthful statements: any false statement made in the complaint or affidavit of indigency may result in sanctions, including the dismissal of your case, and may also serve as the basis for a prosecution for perjury.

**3. Claims.** State the facts that support your claim or claims. The claims raised in this action must relate to the same basic incident or issue. Any other claims must be addressed in a separate civil rights complaint. When presenting the facts in the complaint, it is unnecessary to make legal arguments or provide case citation. Such argument is unnecessary at the initiation of a case. You may attach as exhibits to your complaint any documents related to the exhaustion of your administrative remedies. Otherwise, you will be advised when the submission of argument or evidence in support of your claim or claims is appropriate.

**4. Filing fee.** For the complaint to be filed, you must submit a filing fee. You must either:

    **a. Pay the required fee of $400.** This fee must be paid at the same time you submit your complaint. If you can pay this fee, you are also responsible for the costs of service of the complaint upon Defendants, although you may seek assistance from the Court. See, e.g. Federal Rule of Civil Procedure 4(c)(3).

    **b. Petition the Court to proceed *in forma pauperis*.** This option is available if you are unable to pay the filing fee and service costs for this action. You may petition the Court to proceed *in forma pauperis* using the affidavit of indigency form included in this packet. To begin the *in forma pauperis* process, you must first execute the attached affidavit of indigency, setting forth the information that establishes your financial status. You must answer every question on the affidavit, have it properly notarized, and ensure that an authorized official at the

INSTRUCTIONS FOR PRISONERS FILING COMPLAINTS— Page 2 of 3

*manditor Law Suit on deputies here at this Jai*

institution completes the <u>affidavit certificate</u>. You must also provide the Court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint. If the complaint is being filed by more than one Plaintiff, each Plaintiff must petition the Court to proceed *in forma pauperis*.

Please note that even if you proceed *in forma pauperis*, you will be required to pay a filing fee of $350. In the event you are unable to pay the filing fee at the time the action is filed, the Court will assess an initial partial filing fee. After the initial partial filing fee is paid, the prison at which you are incarcerated will be required to forward to the Clerk's Office monthly payments of 20% of the preceding month's income credited to your inmate account until the $350 filing fee is paid. Notwithstanding the above, the party or parties seeking leave to proceed *in forma pauperis* may be required to pay, as a condition to allowing the case to proceed *in forma pauperis*, a stated portion of the Clerk's and/or Marshals' fees. Additionally, *in forma pauperis* status does not entitle you to free copies of pleadings, motions, orders, or docket reports (the cost is $.50 per page).

**5. Service**. In a civil case (for example, a civil rights action or negligence action), if IFP is granted, the Court may direct that your complaint be served by the U.S. Marshals on the opposing party or parties.

If you have paid the filing fee, then unless the Court expressly says otherwise (see, for example, Fed. R. Civ. P. 4(c)(3)), you are responsible for complying with service of process. The service of process rules, which are simply the rules that ensure that a defendant has timely received a copy of the summons and complaint (and thus provide the defendant with direct notice of your lawsuit) are found in Fed. R. Civ. P. 4 and Local Rule 1.07. You must serve each defendant in the manner specifically set forth in the Rules with a copy of the summons and complaint within 90 days after you have filed the complaint. It is your responsibility to timely comply with the Rules, and if you do not, your case may be dismissed.

**6. Your records**. After receiving notice from the Clerk of your case number, you must include the case number on all documents you file with the Court. You should keep a copy of every document you send to the Court (including a copy of this complaint), as you are not entitled to free copies from the Clerk even if you are proceeding *in forma pauperis*.

**7. Change of address**. Throughout this case, you are required to advise the Court in writing of any change in your mailing address by filing a Notice of Change of Address. As with every document you file with the Court, you must send a copy of your Notice of Change of Address to each defendant or Respondent and include a certificate of service. You will be notified as soon as any action is taken in your case. The Court will mail to you a copy of every order entered by the Court to the last address it has on file. Your failure to keep the Court advised of your current address may result in the dismissal of your case.

**8. Directly Corresponding With the Court Prohibited**

You may not directly correspond with the Court (or any individual judge) in the form of letters or similar documents. Instead, everything that you submit for the Court's consideration must be filed through the clerk's office. The Court will not respond to anything that is not filed through the clerk's office, will strike it from the case file, and will return it to you.

# Relief Requested

Damagest
murder damagest
Kidnapping damagest
Mental & Emotional illness Damagest
Hulmilitation Damagest
Embarassment Damagest
Canspiracy Damagest

To be Compensated in X amount of
dollars in redemption 9.7 millions